IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOSEPH W. KOFOED,** | 3:11-CV-00444-AC |
| Plaintiff, | ORDER |
| v. | |
| **JOHN KROGER,** Attorney General/Oregon; **JOHN KITZHABER,** Governor/Oregon; **LINDA IGNOWSKI,** Oregon Liquor Control Commission Director/Oregon, | |
| Defendants. | |

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#58) on January 20, 2012, in which he recommends this Court grant Defendants' Motion (#22) to Dismiss and dismiss this matter with prejudice. The matter is now before this Court

1 - ORDER

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#58). Accordingly, the Court **GRANTS** Defendants' Motion (#22) to Dismiss, **DENIES as moot** Plaintiff's Motion (#62) to Extend Discovery Cutoff, and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER