IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOSEPH W. KOFOED,**                            3:11-CV-00444-AC

        **Plaintiff,**                            **JUDGMENT**

v.

**JOHN KROGER, Attorney General/Oregon; JOHN KITZHABER, Governor/Oregon; LINDA IGNOWSKI, Oregon Liquor Control Commission Director/Oregon,**

        **Defendants.**

    Based on the Court's Order (#68) issued March 8, 2012, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 8th day of March, 2012.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT